NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT HANNEMAN,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D18-1330
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed October 17, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hardee County; Donald G. Jacobsen,
Judge.

PER CURIAM.

Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); Baker v.

State, 878 So. 2d 1236 (Fla. 2004); DuBoise v. State, 520 So. 2d 260 (Fla. 1988); State

v. King, 426 So. 2d 12 (Fla. 1982); Desmond v. State, 576 So. 2d 743 (Fla. 2d DCA

1991); State v. Broom, 523 So. 2d 639 (Fla. 2d DCA 1988); Budd v. State, 477 So. 2d

52 (Fla. 2d DCA 1985); Farrell v. State, 62 So. 3d 20 (Fla. 1st DCA 2011); Branch v.

State, 990 So. 2d 585 (Fla. 3d DCA 2008); Thier v. State, 967 So. 2d 259 (Fla. 3d DCA

2007); <u>McMillan v. State</u>, 832 So. 2d 946 (Fla. 5th DCA 2002); <u>Hart v. State</u>, 761 So. 2d 334 (Fla. 4th DCA 1998).

LaROSE, C.J., and MORRIS and SALARIO, JJ., Concur.